UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Hallmark Licensing, LLC

                 Plaintiff,

v.                   Case No.: 1:25−cv−01114

                   Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, August 9, 2025:

  MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff has moved for summary judgment and an award of statutory damages on its claim of trademark infringement against defendant XIONGDI Co. Ltd. (defendant # 53) and its claim of copyright infringement against defendant QUCI Co. Ltd. (defendant # 51). Neither defendant contests liability. The Court, having reviewed the parties' submissions, finds that as to each defendant, plaintiff has established that there is no genuine factual dispute as to liability and that it is entitled to a finding of liability against both defendants as a matter of law−−as to its claims of trademark infringement and counterfeiting and false designation of origin against XIONGDI (Counts 1 and 2 of the complaint) and its claim of copyright infringement against QUCI (Count 3 of the complaint). Each defendant contests the award of statutory damages, and the Court concludes, for the same reasons it recently found in Case No. 24 C 11002, also involving the plaintiff in this case, that it cannot appropriately determine a statutory damages award on summary judgment. Plaintiff's motions for summary judgment are therefore granted as to liablity only against XIONGDI on Counts 1 and 2 [dkt. 59] and against QUCI on Count 3 [dkt. 64], and are otherwise denied. The telephonic status hearing set for 8/26/2025 is vacated and advanced to 8/15/2025 at 9:15 AM, using call−in number 650−479−3207, access code 2305−915−8729. Plaintiff should also be prepared to address how it proposes to deal with the remaining claims in this case against XIONGDI and QUCI on which it did not move for summary judgment. The Court will reset the telephonic status hearing in Case No. 24 C 11002 to the same date and time. The parties should be prepared to set a trial date and discuss whether the trial will be a jury trial or a bench trial. The Court advises that it will have no problem conducting the damages trial in this case on a consolidated basis with the damages trial in Case No. 24 C 11002 if that is what the parties propose. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.